IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Theodore Vintila, individually and on behalf of all others similarly situated, )
)
Plaintiff, )
)
v. ) No. 1:18-cv-2650-JPH-TAB
)
Valentine & Kebartas, LLC, a Massachusetts limited liability company, and LVNV Funding, LLC, a Delaware limited liability company )
)
Defendants. )

> The Court acknowledges the Stipulation of Dismissal, dkt. 33 JPH, 7/1/2019 Distribution via ECF.

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims against the Defendants, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 28, 2019

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457

One of Defendants' Attorneys

/s/ Jennifer W. Weller
Jennifer W. Weller
Hinshaw & Culbertson LLP
151 N. Franklin
Suite 2500
Chicago, Illinois 60606

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2019

ENTERED:

_____
Judge, United States District Court